AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Federal Trade Commission | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00664-JMF |
| PepsiCo, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission.

Date: 01/23/2025

*Attorney's signature*

Erik Herron 5561543
*Printed name and bar number*

Acting Assistant Regional Director
Western Competition Group
90 7th Street | Suite 14-300
San Francisco, CA 94103
*Address*

eherron@ftc.gov
*E-mail address*

(202) 297-8705
*Telephone number*

*FAX number*

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 4.

SO ORDERED

January 23, 2025