UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
FEDERAL TRADE COMMISSION, :
:
Plaintiff, :
: 25-CV-664 (JMF)
-v- :
: ORDER
:
PEPSICO, INC., :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    Plaintiff was previously granted leave to file this case with a redacted Complaint in public view and an unredacted Complaint filed temporarily under seal. *See* No. 25-MC-33, ECF No. 3. Plaintiff, however, requested "only temporary relief to provide Pepsi an opportunity to move to permanently seal the select references currently temporarily under seal if they so desire." No. 25-MC-33, ECF No. 1-1, at 2. Thus, if Defendant believes that the Complaint should remain sealed or redacted, Defendant shall file a letter motion — **no later than its deadline to answer the Complaint** and not to exceed three pages — showing why doing so is consistent with the presumption in favor of public access to judicial documents. *See generally Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006).

    Plaintiff shall promptly serve a copy of this Order on Defendant and file proof of such service.

    SO ORDERED.

Dated: January 24, 2025
       New York, New York

                                            JESSE M. FURMAN
                                         United States District Judge