UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
FEDERAL TRADE COMMISSION,

                          Plaintiff,

v.

PEPSICO, INC.,

                          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 1:25-cv-00664-JMF

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Christine M. Buzzard, of the law firm of Gibson, Dunn & Crutcher LLP, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant PepsiCo, Inc. in the above captioned action.

I am a member in good standing of the Bars of the State of Pennsylvania and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

Dated: February 7, 2025
       Washington, DC

*/s/ Christine M. Buzzard*
Christine M. Buzzard
1700 M Street, N.W.
Washington, DC 20036-4504
Tel: (202) 777-9449
Email: CBuzzard@gibsondunn.com

*Attorney for Defendant PepsiCo, Inc.*