UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
                                       :
FEDERAL TRADE COMMISSION,   :
                                       :
                         Plaintiff,   :   Case No. 1:25-cv-00664-JMF
                                       :
v.                                         :
                                       :
PEPSICO, INC.,                    :
                                       :
                        Defendant.   :
------------------------------- x

## AFFIDAVIT OF CHRISTINE M. BUZZARD

DISTRICT OF COLUMBIA  )
                             ) ss.
                             )

I, Christine M. Buzzard, being duly sworn, do hereby depose and say as follows:

       1.       I am of counsel at the law firm Gibson, Dunn & Crutcher LLP.

       2.       I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

       3.       As shown in the certificates of good standing annexed hereto, I am a member in good standing of the Bars of the State of Pennsylvania and the District of Columbia. *See* Exhibit A.

       4.       There are no pending disciplinary proceedings against me in any court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

Wherefore, I respectfully request that I be admitted to appear as counsel and advocate *pro hac vice* in this case for Defendant PepsiCo, Inc.

Dated: February 7, 2025
Washington, DC

*Christine M. Buzzard*
Christine M. Buzzard

Signed and sworn to (or affirmed) before me on 2-7-2025 (date) by Christine M. Buzzard, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*Anita M. Watson*
Notary Public
My Commission Expires: 9-30-2026

District of Columbia
Signed and sworn to (or affirmed) before me on 2-7-2025 by Christine Buzzard
    Date                Name(s) of Individual(s) making Statement
*Anita M. Watson*
Signature of Notarial Officer

Anita M. Watson - Notary Public, District of Columbia
My commission expires September 30, 2026

2