UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
FEDERAL TRADE COMMISSION,         :
:
                   Plaintiff,   :   Case No. 1:25-cv-00664-JMF
:
v.                                :
:
PEPSICO, INC.,                    :
:
                   Defendant.  :
------------------------------------x

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Christine M. Buzzard for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the Bars of the State of Pennsylvania and the District of Columbia and that her contact information is as follows:

> Christine M. Buzzard
> GIBSON, DUNN & CRUTCHER LLP
> 1700 M Street, N.W.
> Washington, DC 20036-4504
> Tel: (202) 777-9449
> Email: CBuzzard@gibsondunn.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel to Defendant PepsiCo, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

2

Dated: _____

                                              _____
                                              United States District Judge