UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------- x
                                :
FEDERAL TRADE COMMISSION,       :
                                :
                    Plaintiff,  :   Case No. 1:25-cv-00664-JMF
                                :
v.                              :
                                :
PEPSICO, INC.,                  :
                                :
                    Defendant.  :
------------------------------- x
```

**<u>NOTICE OF APPEARANCE</u>**

PLEASE TAKE NOTICE of the appearance of the undersigned counsel on behalf of Defendant PepsiCo, Inc. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned. The undersigned certifies that she is admitted to practice before this Court.

Dated: April 7, 2025

GIBSON, DUNN & CRUTCHER LLP

<u>/s/ Aha In Lee</u>
Aha In Lee
200 Park Avenue
New York, NY 10166
Tel: (212) 351-2624
Email: ALee2@gibsondunn.com

*Counsel for Defendant PepsiCo, Inc.*