**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | **Case No. 1:25-cv-00664-JMF** |
| v. | |
| PEPSICO, INC., | |
| Defendant. | |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff

Federal Trade Commission hereby gives notice that the above-captioned action is voluntarily

dismissed without prejudice.

Dated: May 22, 2025                           Respectfully submitted,


                                              /s/ *Nicolas Stebinger*
                                              NICOLAS STEBINGER
                                              (NY Bar No. 4941464)
                                              Senior Trial Counsel
                                              Federal Trade Commission
                                              600 Pennsylvania Avenue, NW
                                              Washington, DC 20580
                                              Phone: (202) 326-2688
                                              Email: nstebinger@ftc.gov

                                              *Attorney for Plaintiff Federal Trade*
                                              *Commission*