IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>   Plaintiff,<br><br>   v.<br><br>PEPSICO, INC.,<br><br>   Defendant. | Case No. 1:25-cv-00664-JMF |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Federal Trade Commission hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice.

Dated: May 22, 2025

Respectfully submitted,

/s/ *Nicolas Stebinger*
NICOLAS STEBINGER
(NY Bar No. 4941464)
Senior Trial Counsel
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Phone: (202) 326-2688
Email: nstebinger@ftc.gov

*Attorney for Plaintiff Federal Trade Commission*

Any pending motions are moot. All conferences are vacated.
The Clerk of Court is directed to close the case.

SO ORDERED.

May 22, 2025