# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, DC 20001.2113

TELEPHONE: +1.202.879.3939 • JONESDAY.COM

Direct Number: 202.879.3939
AJDick@jonesday.com

August 15, 2025

**VIA ECF**

Hon. Jesse M. Furman
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Federal Trade Commission v. PepsiCo, Inc.*, 25-cv-00664 (JMF)

Dear Judge Furman:

    The Chamber of Commerce of the United States of America respectfully seeks leave to file an *amicus curiae* brief in support of PepsiCo, Inc.'s Opposition to the Institute for Local Self-Reliance's Motion to Unseal. A copy of the proposed *amicus* brief is attached. PepsiCo, Inc. consents to the filing of this brief, the Federal Trade Commission does not oppose, and the Institute for Local Self-Reliance takes no position.

    "A district court has broad discretion in deciding whether to accept an amicus brief." *City of New York v. United States*, 971 F. Supp. 789, 791 n.3 (S.D.N.Y. 1997). "An *amicus* brief should normally be allowed when," among other things, "the *amicus* has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Auto. Club of New York, Inc. v. Port Auth. of New York & New Jersey*, No. 11-cv-6746, 2011 WL 5865296, at *2 (S.D.N.Y. Nov. 22, 2011) (quotation marks omitted).

    The Chamber's proposed *amicus* brief will offer a useful perspective on the Motion to Unseal. The Chamber is the world's largest business federation, representing approximately 300,000 direct members and indirectly representing the interests of more than three million companies and professional organizations of every size, in every industry sector, and from every region of the country. Businesses represented by the Chamber are often called to participate in investigations by the Federal Trade Commission ("FTC") and other government agencies, and they do so on the understanding that the sensitive competitive and commercial information they reveal will remain confidential. Maintaining the confidentiality of that information—particularly where the FTC has decided against

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID
MELBOURNE • MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

Hon. Jesse M. Furman
August 15, 2025
Page 2

pursuing an action or investigation—is a matter of significant concern for the nation's business community.

The Court's resolution of the Motion to Unseal in this case potentially will affect businesses' ability to protect that information and, as a result, the FTC's ability to conduct cooperative, efficient investigations. Given the potential impact of the Court's ruling, the Court will benefit from the perspective of the nation's business community on these issues.

Respectfully submitted,

/s/ Anthony J. Dick

Anthony J. Dick