UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
FEDERAL TRADE COMMISSION,

                Plaintiff,

    v.

PEPSICO, INC.,

                Defendant.
---------------------------------------------------------x

Case No. 1:25-cv-00664-JMF

## DECLARATION OF STEPHEN WEISSMAN IN SUPPORT OF DEFENDANT'S MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO UNSEAL

I, Stephen Weissman, declare as follows:

1. I am a partner at Gibson, Dunn & Crutcher LLP and attorney of record for Defendant PepsiCo, Inc. ("Pepsi") in this matter. I submit this Declaration in support of Pepsi's Memorandum of Law in Opposition to Motion to Unseal.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Dissenting Statement of Commissioner Andrew N. Ferguson, In the Matter of PepsiCo, Inc., File No. 2210158 (Jan. 17, 2025).

3. Attached hereto as **Exhibit B** is a true and correct copy of the Dissenting Statement of Commissioner Melissa Holyoak, In the Matter of PepsiCo, Inc., File No. 2210158 (Jan. 17, 2025).

4. Attached hereto as **Exhibit C** is a true and correct copy of the Statement of Chair Lina M. Khan and Commissioner Alvaro M. Bedoya, In the Matter of Non-Alcoholic Beverages Price Discrimination Investigation, File No. 2210158 (Jan. 17, 2025).

1

5.  Attached hereto as **Exhibit D** is a true and correct copy of the Statement of Chairman Andrew N. Ferguson, Joined by Commissioner Melissa Holyoak, In the Matter of Non-Alcoholic Beverages Price Discrimination Investigation, File No. 2210158 (May 22, 2025).

6.  Attached hereto as **Exhibit E** is a true and correct copy of the Statement of Commissioner Mark R. Meador, In the Matter of Non-Alcoholic Beverages Price Discrimination Investigation, File No. 2210158 (May 22, 2025).

Executed this 15th day of August, 2025, in Washington, D.C.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Stephen Weissman
(*pro hac vice*)