# MURRAY DECLARATION

# – FILED UNDER SEAL