UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>-v-<br><br>PEPSICO, INC.,<br><br>    Defendant. | Case No. 1:25-cv-00664-JMF |

**DECLARATION OF KATHERINE VAN DYCK IN SUPPORT OF
REPLY BRIEF IN SUPPORT OF MOTION TO UNSEAL BY
INTERVENOR INSTITUTE FOR LOCAL SELF-RELIANCE**

I, Katherine Van Dyck, hereby declare, under penalty of perjury as prescribed in 28 U.S.C. § 1746, as follows:

1. I am the founder and principal at KVD Strategies PLLC and attorney of record for Intervenor Institute for Local Self-Reliance ("ILSR") in this matter. I submit this Declaration in support of ILSR's reply brief in support of its Motion to Unseal (the "Motion"). I make this Declaration based on my own personal knowledge, and if called to do so, I could testify competently to the matters stated herein.

2. In preparation for filing ILSR's Motion, I communicated on several occasions, via phone and e-mail, with the Deputy Director of the Federal Trade Commission's Bureau of Competition, Taylor Hoogendoorn, and counsel of record for the FTC, Erik Herron, regarding the agency's position on the relief ILSR intended seek from the Court in this matter. These communications took place between August 1 and August 4, 2025.

3. As part of those conversations, Mr. Hoogendorn and Mr. Herron informed me that the FTC could not take a position on ILSR's motion until it notified certain third parties,

whose identities and/or information are included in the redacted portions of the publicly available Complaint, of ILSR's Motion.

4.  I spoke again with Mr. Herron on August 20, 2025. During that conversation, Mr. Herron confirmed that materially affected third parties received notice of ILSR's Motion.

5.  Attached hereto as Exhibit 1 is a true and correct copy of statement by FTC Commissioners Alvaro Bedoya and Rebecca Slaughter, published by online outlet MLex on May 28, 2025 and available with a subscription at https://www.mlex.com/mlex/articles/2346165/bedoya-slaughter-say-claims-in-dropped-ftc-suit-against-pepsico-to-remain-forever-sealed-.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and was executed in Washington, D.C. on August 22, 2025.

*s/ Katherine Van Dyck*  
Katherine Van Dyck