# EXHIBIT 1

Case 1:25-cv-00664-JMF   Document 66-1   Filed 08/22/25   Page 1 of 9

This is the new MLex platform. Existing customers should continue to use the existing MLex platform until migrated.
For any queries, please contact Customer Services or your Account Manager.

Dismiss

Account

Toggle Dropdown

- Advanced Search

 ops@fightcorporatemono...

- My Account
- Emails & Alerts
- Newsletter Signup
- Conference Listings
- Log Out

Close

- Account
- My Account
- My Feeds and Alerts
- Newsletter Signup
- Conference Listings
- Log Out

- Sections
- Home
- Antitrust
- Artificial Intelligence
- Data Privacy and Security
- Energy
- Financial Crime
- Financial Services
- Intellectual Property
- Mergers and Acquisitions
- State Aid
- Technology
- Trade

- Site Menu
- Contact Us

SEE ALL SECTIONS

- Antitrust
- Artificial Intelligence
- Data Privacy and Security
- Energy
- Financial Crime
- Financial Services
- Intellectual Property
- Mergers and Acquisitions
- State Aid
- Technology
- Trade                                     ||

Antitrust  Mergers & Acquisitions  Data Privacy & Security  Artificial Intelligence  Intellectual Property  Financial Crime  Trade  Financial Services  Energy
||  NEWSLETTERS

# Bedoya, Slaughter say claims in dropped FTC suit against PepsiCo to 'remain forever sealed'

May 28, 2025, 19:47 GMT | Official Statement

MLex Summary: Former US Federal Trade Commissioners Alvaro Bedoya and Rebecca Kelly Slaughter said the Republican-led agency's decision to dismiss a price discrimination lawsuit against PepsiCo means that the full scope of the allegations in the complaint will remain forever sealed. "Chairman Ferguson, Commissioner Holyoak, and Commissioner Meador denounce the case as weak, so weak that it was irresponsible to bring. Who is right? The public will never know, because the majority dropped the case before a judge could rule on it – and on what appears to have been the last day that judge gave the parties to figure out which of the heavy redactions in the complaint could be lifted," they said in a statement.

*Statement follows below:*

FOR IMMEDIATE RELEASE
May 28, 2025

Statement of Commissioner Alvaro M. Bedoya & Commissioner Rebecca Kelly Slaughter1

on the Decision to Drop the FTC's Price Discrimination Lawsuit Against PepsiCo

It is May 2025. More people are taking hardship withdrawals from their 401(K) accounts than ever before.2 People are defaulting on their car payments at the highest rate in 30 years.3 Three in five families cannot afford a minimal quality of life, including things like health and child care.4 Most small businesses expect the new tariff policy to hurt them.5

Meanwhile, a Wal-Mart executive cheerily observes: "History tells us that when we lean into these times of economic uncertainty, we emerge on the other side as a stronger company. We expect this time to be no different."6

It is against this backdrop that the Commission's Majority, led by Chairman Ferguson, has dropped an FTC lawsuit alleging that Pepsi systematically gave a certain large big box retailer promotional payments and services that were not available to its competitors.7 The case spoke to a persistent complaint from almost every independent grocer in the country: That big box retailers receive preferential treatment and prices from suppliers.

What was wrong with the case?

We voted to bring the case because we had reason to believe that Pepsi was violating the law. Chairman Ferguson, Commissioner Holyoak, and Commissioner Meador denounce the case as weak, so weak that it was irresponsible to bring.8

Who is right?

The public will never know, because the majority dropped the case before a judge could rule on it – and on what appears to have been the last day that judge gave the parties to figure out which of the heavy redactions in the complaint could be lifted.9 The full scope of the allegations in the complaint will remain, thanks to the majority, forever sealed.

Why did we do what we did?

According to the majority, we did not sue Pepsi to level the playing field for small retailers. No. The "then-Democrat majority" had engaged in a "purely political" move for "nakedly political purposes," says the Chairman. We would not have assumed that protecting small businesses or ensuring that the law is administered without fear or favor is a partisan

Democratic interest. Nonetheless, that is the Chairman's assertion. The guiding principle of "this Commission," the Chairman says, "is the rule of law." He has "finite resources," and cannot "justify spending taxpayer dollars" in this way.10

Okay. What should the FTC spend taxpayer dollars on? How should FTC commissioners spend their time?

• Earlier this month, the Chairman declared his intent to undo an FTC order that prohibits a Texas oilman from serving on the board of ExxonMobil. This order was entered because the FTC had reason to believe that this individual, Scott Sheffield, had sought to coordinate oil production with the oil cartel OPEC.11 The Chairman and Commissioner Holyoak had voted against the order, but had argued that allegations against this individual were sufficiently "severe" that ExxonMobil was "wise" to exclude him from its board.12 In the intervening time – more precisely, 18 days after those words were written – the son of Mr. Sheffield made the maximum allowable political donations to the Republican National Committee general fund and fund for the re-election of the President, a total of $165,200 in donations.13

• The same day the Pepsi case was dropped, the press reported that the FTC had served the liberal watchdog group Media Matters with a subpoena, apparently to assess whether it had coordinated a boycott that would reduce the advertising dollars received by the social media site X. The conduct being investigated mirrors allegations in a lawsuit filed by the owner of X and the President's largest donor, Elon Musk.14 According to the Washington Post, Mr. Musk donated a little under $288,000,000 towards various funds and causes in support of the President's re-election and inauguration.15

• Yesterday, a journalist revealed some of the attendees at a launch party for "the Executive Branch" – not the arm of the federal government, but a new members-only social club whose organizers include billionaire David Sacks and the President's son, Donald Trump, Jr. The initiation fees for the society are as high as $500,000. Who was there? "Lobbyists from the pharmaceutical and finance industries." Who else was there? Top administration officials, including the Chairman of the FTC, Andrew Ferguson.

The small retailers of this country don't have half a million dollars for a ticket to rub elbows with the Chairman. They don't have $288 million to give the President. The vast majority cannot "max out" to any political party. Yet today, our efforts to ensure those small

businesses have the level playing field provided by law are labeled "naked politics."

In our oath of office, we pledged loyalty to the Constitution and the laws of this nation. We did not pledge loyalty to the President or his donors. Yes, Chair Khan, Commissioner Slaughter and I are Democrats. But we are not sycophants. And we never let the billionaires cutting checks across Washington tell us what to do.

History will decide who has been playing politics – and who will end up paying for these games.

_____

(1) It is the position of this Administration that we are no longer commissioners because President Trump purported to remove us without cause. However, the clear language of the Federal Trade Commission Act and binding Supreme Court precedent prohibits this no-cause removal. See generally 15 U.S.C.§ 41; Humphrey's Executor v. United States, 295 U.S. 602 (1935). Accordingly, it is our position that our termination was unlawful and ineffective and therefore we remain Federal Trade Commissioners, even though our purported termination is preventing us from conducting the formal duties of commissioners at this time. On March 27, we filed suit to clarify our continued status as commissioners, seeking prompt relief from the court to confirm our status as Commissioners.
(2) Aliss Higham, "Americans Are Dipping Into Their Retirement Funds," Newsweek, March 27, 2025.
(3) April Rubin, "Americans are behind on car payments at a record level," Axios, March 7, 2025.
(4) Megan Cerullo, "Most Americans don't earn enough to afford basic costs of living, analysis finds," CBS News, May 16, 2025.
(5) Ian Thomas, "America's small businesses preparing for recession with Trump tariffs: CNBC|SurveyMonkey survey," CNBC, May 9, 2025.
(6) Pamela Danziger, "How Walmart Will Use Tariffs To Its Advantage And Hold The Line On Prices," Forbes, May 19, 2025.
(7) Federal Trade Commission, "FTC Dismisses Complaint Against PepsiCo," May 22, 2025.
(8) See Statement of Chairman Andrew N. Ferguson Joined by Commissioner Melissa Holyoak in the Matter of Non-Alcoholic Beverages Price Discrimination Investigation, Federal Trade Commission, May 22, 2025; Statement of Commissioner Mark Meador, In

the Matter of Non-Alcoholic Beverages Price Discrimination Investigation, Federal Trade Commission, May 22, 2025.

(9) Order at 1, FTC v. PepsiCo, 25-CV-664 (JMF), S.D.N.Y. Jan. 24, 2025 ("Thus, if Defendant believes that the Complaint should remain sealed or redacted, Defendant shall file a letter motion… showing why doing so is consistent with the presumption in favor of public access to judicial documents."); Letter from Steve Weissman to the Honorable Jesse Furman at 1, May 7, 2025 (requesting a 14-day extension from the date of the letter to negotiate "potential redactions to the Complaint").

(10) See Statement of Chairman Ferguson Joined by Commissioner Holyoak, supra note 8.

(11) Complaint at 1, In the Matter of [Exxon Mobil Corporation](), May 2, 2024 ("Through public statements and private communications, Pioneer founder and former CEO Scott D. Sheffield has campaigned to organize anticompetitive coordinated output reductions between and among U.S. crude oil producers, and others, including the Organization of Petroleum Exporting Countries ("OPEC"), and a related cartel of other oil-producing countries known as OPEC+.").

(12) Joint Dissenting Statement of Commissioner Melissa Holyoak and Commissioner Andrew N. Ferguson, In the Matter of Exxon Mobil Corporation at 1, May 2, 2024 ("These accusations are extremely troubling and warrant close scrutiny under the antitrust laws. To its credit, Exxon intends to exclude Mr. Sheffield from serving on the board of directors—a wise decision consistent with sound policy given the severity of the allegations against him.").

(13) Statement of Commissioner Alvaro M. Bedoya and Commissioner Rebecca Kelly Slaughter on the Petition to Modify the Exxon Pioneer Final Order, May 12, 2025.

(14) Jody Godoy & Mike Scarella, "FTC probes Media Matters over Musk's X boycott claims, document shows," Reuters, May 22, 2025.

(15) Trisha Thadani, Clara Ence Morse and Maeve Reston, "Elon Musk donated $288 million in 2024 election, final tally shows," The Washington Post, Jan. 31, 2025. Curiously, eight days before he was selected for the role of Chairman, then-Commissioner Ferguson incongruously declared – in a case about an online sneaker store – his desire to "prosecute any unlawful collusion between online platforms, and confront advertiser boycotts which threaten competition among those platforms." Concurring Statement of Commissioner Andrew N. Ferguson in FTC v. 1661, Inc. d/b/a GOAT, Dec. 2, 2024. The same plan was reiterated in a resume promoting then-Commissioner Ferguson for the role of Chairman that was leaked four days before his selection. Ben Brody, "As chair, FTC commissioner touts he'd pull back on AI and fight trans care," Punchbowl News, Dec. 6, 2024 citing "FTC Commissioner Andrew N. Ferguson for FTC Chairman" (pledging that as Chairman, then-

Commissioner Ferguson would "Protect Freedom of Speech and Fight Wokeness," including by "Investigat[ing] and prosecut[ing] collusion on DEI, ESG, advertiser boycotts, etc.").

###

## Tags

**Sections:** Antitrust

**Industries:** Consumer Products

**Geographies:** North America, United States

## Related Case File(s)

[Antitrust - PepsiCo - FTC's litigation over price-discrimination (US)](#)

RELATED SECTIONS

[Antitrust](#)

© 2025 MLex Ltd. | [About MLex](#) | [Editorial Team](#) | [Contact Us](#) | [Terms](#) | [Privacy Policy](#) | Cookie Settings | [Processing Notice](#) | [Resource Library](#)



**Add this article to my Favorites**

**Bedoya, Slaughter say claims in dropped FTC suit against PepsiCo to 'remain forever sealed'**

OR SELECT FROM



Add Now  Cancel

✕

## Sign up for our Antitrust newsletter

## You must correct or enter the following before you can sign up:

Please provide a professional email: ops@fightcorporatemonopolies.org

Select more newsletters to receive for free

MLex takes your privacy seriously. Please see our Privacy Policy.

No Thanks   Sign up now

## Thank You!